IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-11401
_____

In The Matter Of: SOUTHMARK CORPORATION

            Debtor

-------------------------

SOUTHMARK CORPORATION

            Appellee

    v.

SCHULTE ROTH & ZABEL

            Appellant

------------------------
Appeal from the United States District Court for the
Northern District of Texas, Dallas
(3:97-CV-2332-L)
------------------------
December 11, 2000

**ON PETITION FOR REHEARING**

Before KING, Chief Judge, and REYNALDO G. GARZA and PARKER,
Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for rehearing is granted to

the extent that the concluding paragraph of the opinion is

amended to read as follows:

For the foregoing reasons, the district court's decision is AFFIRMED in part and REVERSED in part, and the case is REMANDED to the district court and thence to the bankruptcy court for entry of judgment in favor of Southmark in the amount of $882,587.30 plus interest to be computed as provided by the bankruptcy court. Each party shall bear its own costs of this appeal.